# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** El Puente et al.,

**v.** U.S. Army Corps of Engineers et al.

**Case No:** 23-5189

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- El Puente
- CORALations
- Center for Biological Diversity

### Counsel Information

**Lead Counsel:** Catherine Kilduff
**Direct Phone:** (202) 780-8862 **Fax:** (510) 844-7150 **Email:** ckilduff@biologicaldiversity.org

**2nd Counsel:** Marc Fink
**Direct Phone:** (218) 464-0539 **Fax:** (510) 844-7150 **Email:** mfink@biologicaldiversity.org

**3rd Counsel:** Emily Jeffers
**Direct Phone:** (510) 844-7109 **Fax:** (510) 844-7150 **Email:** ejeffers@biologicaldiversity.org

**Firm Name:** Center for Biological Diversity
**Firm Address:** 1212 Broadway, Suite 800, Oakland, CA 94612
**Firm Phone:** (510) 844-7100 **Fax:** (510) 844-7150 **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)