No. 23-5189

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

EL PUENTE DE WILLIAMSBURG, CORALATIONS,
CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiffs-Appellants,

v.

U.S. ARMY CORPS OF ENGINEERS,
LIEUTENANT GENERAL SCOTT A. SPELLMON,
GINA RAIMONDO, NATIONAL MARINE FISHERIES SERVICE,
DEBRA HAALAND, U.S. FISH AND WILDLIFE SERVICE,

Defendants-Appellees.

_____

**PLAINTIFFS-APPELLANTS' RULE 26.1 DISCLOSURE STATEMENT**

_____

Appeal from the United States District Court
For the District of Columbia
No. 1:22-cv-02430-CJN

## PLAINTIFFS-APPELLANTS' RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a) and Circuit Rule 26.1(a), Appellants El Puente, CORALations, and the Center for Biological Diversity certify they have no parent companies, subsidiaries, or affiliates that have issued shares to the public.

Dated: September 8, 2023

 s/ *Catherine Kilduff*
Catherine Kilduff, Senior Attorney

CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(202) 780-8862
ckilduff@biologicaldiversity.org

*Attorney for Plaintiffs/Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that, on September 8, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ *Catherine Kilduff*
Catherine Kilduff